#704940 #128884

FILED
2010 SEP 23 PM 3:37
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:      *      CASE # 08-36222 W
         CHAPTER 13
       *

Lutz, Barbara Jean & Jason Derek
Debtor      *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 673617 | Physicians Inc<br>750 W High St.<br>Suite 250<br>Lima, OH 45801 | 11.18 | 5/28/10 |

2. Your trustee's check #704940 for a total of $11.18 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 09/21/10

                               John P. Gustafson
                               Trustee in Bankruptcy